No. 1013. PARKER ET AL. *v.* ILLINOIS. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. William Scott Stewart* for petitioners.

No. 1014. RAYNER *v.* UNITED NORTH & SOUTH DEVELOPMENT Co. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James D. Williamson* for petitioner. *Mr. H. Grady Chandler* for respondent.

No. 1015. EISENLORD, ADMINISTRATOR, *v.* ELLIS ET AL. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bentley M. McMullin* for petitioner. *Mr. Harry A. Allen* for respondents.

No. 1024. TAMPAX INCORPORATED ET AL. *v.* PERSONAL PRODUCTS CORP. ET AL. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Brown Morton* for petitioners. *Mr. Stephen H. Philbin* for respondents.

No. 1062. MORRIS *v.* TEXAS. April 13, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *McKinley Morris, pro se.*

No. 1009. BERSIA ET AL. *v.* UNITED STATES. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE